IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. TRAUB,<br>Plaintiff | :<br>:<br>: CIVIL ACTION NO. 3:11-1369 |
| v. | :<br>: (JUDGE NEALON) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant | :<br>: (MAGISTRATE JUDGE CARLSON)<br>: |

## ORDER

**NOW**, this 18th day of May 2012, in accordance with the Memorandum issued this date,

**IT IS HEREBY ORDERED THAT:**

1. The Magistrate Judge's Report and Recommendation (Doc. 12) is **ADOPTED.**

2. Plaintiff's appeal of the Commissioner's decision is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

_____
United States District Judge

FILED
SCRANTON

MAY 1 8 2012

PER _____
DEPUTY CLERK